# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| JACKSON STALLINGS and<br>SHEILA STALLINGS,<br>　　Plaintiffs, | §<br>§<br>§<br>§ | |
| VS. | § | Case No. 4:12-cv-00632 |
| | § | |
| CITIMORTGAGE, INC., FEDERAL HOME<br>LOAN MORTGAGE CORP., and<br>UNKNOWN PARTIES,<br>　　Defendants. | §<br>§<br>§<br>§<br>§ | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On February 7, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Motion for Summary Judgment (Dkt. 29) be GRANTED for Defendants, that Plaintiffs take nothing by any of their remaining claims here, and that the matter be closed on the court's docket.

The court has made a *de novo* review of the objections raised by Plaintiffs, as well as Defendants' response and is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit as to the ultimate findings of the Magistrate Judge. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Defendants' Motion for Summary Judgment (Dkt. 29) is GRANTED for Defendants, and

Plaintiffs shall take nothing by any of their remaining claims here.

**IT IS SO ORDERED.**

**SIGNED this the 28th day of March, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE